

# Missouri Court of Appeals
## Southern District

**MAY 26, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD34064

    Re:  JONATHAN J. PRICE,
         Movant-Appellant,
         v.
         STATE OF MISSOURI,
         Respondent-Respondent.